# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RATFORD BROADNAX, | Case No.: 2:25-cv-00190-APG-BNW |
| Plaintiff | **Order** |
| v. | |
| LYFT, INC., et al., | |
| Defendants | |

I ORDER that defendant Lyft, Inc.'s certificate of interested parties (ECF No. 23) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2).  The certificate does not identify Lyft's citizenship as required by the amendment to that rule.  Lyft must file a proper certificate of interested parties by March 4, 2025.

I FURTHER ORDER that plaintiff Rafford Broadnax, who has not yet filed a certificate of interested parties, must file a certificate of interested parties consistent with Rule 7.1(a)(2) by March 4, 2025.

DATED this 20th day of February, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE