UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RATFORD BROADNAX,<br><br>　　Plaintiff<br><br>v.<br><br>LYFT, INC., et al.,<br><br>　　Defendants | Case No.: 2:25-cv-00190-APG-BNW<br><br>**Order** |

　　I ORDER that plaintiff Rafford Broadnax's certificate of interested parties (ECF No. 27) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify Broadnax's citizenship for diversity purposes as required by the amendment to that rule.

　　I FURTHER ORDER that plaintiff Rafford Broadnax must file a certificate of interested parties consistent with Rule 7.1(a)(2) by March 4, 2025.

　　DATED this 24th day of February, 2025.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE