1 KIRSTEN A. MILTON, ESQ.
Nevada Bar No. 14401
2 AMANDA PATANAPHAN, ESQ.
Nevada Bar No. 15080
3 **JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
4 Las Vegas, Nevada 89101
5 Telephone: (702) 921-2460
Email: kirsten.milton@jacksonlewis.com
6 Email: amanda.patanaphan@jacksonlewis.com

7 *Attorneys for Defendant*
*Lyft, Inc.*
8

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RAFFORD BROADNAX, an individual,<br><br>              Plaintiff,<br><br>       vs.<br><br>LYFT, INC., a Delaware Company; DAVID RISHER, KRISTIN SVERCHEK; ANKIT SINGH; DOES 1 through 10, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>              Defendants. | Case No. 2:25-cv-00190-APG-BNW<br><br>**DEFENDANT LYFT, INC.'S MOTION FOR LEAVE TO WITHDRAW ATTORNEY CAYLA J. WITTY FROM CASE** |

Defendant Lyft, Inc., by and through its counsel, the law firm of Jackson Lewis P.C., hereby requests leave of Court to remove attorney Cayla J. Witty as counsel of record from the above captioned case and the Court's docket. Ms. Witty is no longer with Jackson Lewis P.C. and her withdrawal will not cause any delay in the action. Kirsten Milton and Amanda Patanaphan will remain as counsel of record for said Defendant.

Dated this 15th day of October, 2025.        JACKSON LEWIS P.C.

        */s/ Kirsten A. Milton*
        Kirsten A. Milton, Bar No. 14401
        Amanda Patanaphan, Bar No. 15080
        300 S. Fourth Street, Suite 900
        Las Vegas, Nevada 89101
        *Attorneys for Defendant Lyft, Inc.*

        _____
        UNITED STATES MAGISTRATE JUDGE

        DATED: October 16, 2025

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of Jackson Lewis P.C., and that on this 15th day of October, 2025, I caused to be served via Electronic Mail, a true and correct copy of the above foregoing **DEFENDANT LYFT, INC.'S MOTION FOR LEAVE TO WITHDRAW ATTORNEY CAYLA J. WITTY FROM CASE** properly addressed to the following:

Rafford Broadnax
2620 Maryland Parkway #14-232
Las Vegas, Nevada 89109
RLB8@yahoo.com

*Plaintiff in Proper Person*

                                          */s/ Kelley Chandler*
                                          Employee of Jackson Lewis P.C.