UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RAFFORD BROADNAX,<br><br>  Plaintiff<br><br>v.<br><br>LYFT, INC., et al.,<br><br>  Defendants | Case No.: 2:25-cv-00190-APG-BNW<br><br>**Order (1) Denying Motion to Vacate Order and (2) Denying Other Motions**<br><br>[ECF Nos. 82, 85, 87, 91] |

I previously ordered the parties to arbitrate the disputes giving rise to this lawsuit. ECF No. 81. Rafford Broadnax moves to vacate that order. ECF No. 82. I will treat his motion as requesting me to reconsider my decision. The motion and the numerous related papers Broadnax has filed, including his motion to supplement (ECF No. 85), do not raise sufficient legal or factual grounds to change my mind. My decision was, and remains, sound.

I THEREFORE ORDER that Broadnax's motion to vacate (ECF No. 82) is denied.

I FURTHER ORDER that all other pending motions (ECF Nos. 85, 87, 91) are denied without prejudice.

This case remains stayed pending completion of arbitration. The parties must file a status report by the earlier of March 31, 2026 or 30 days after completion of the arbitration.

DATED this 13th day of November, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE