**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

|  |  |
|---|---|
| Rafford Broadnax, | Case No. 2:25-cv-00190-APG-BNW |
| Plaintiff, | |
| v. | **ORDER** |
| Lyft, Inc., | |
| Defendant. | |

This action is stayed pending the completion of arbitration. *See* ECF No. 81. When arbitration has been compelled and a case is stayed, "all further relief that [plaintiff] seeks for this case (except an ultimate motion to lift the stay to confirm or vacate the arbitration award and related post-arbitration motions) must be presented to the arbitrator and not to this court." *Miller v. Long Drugs*, No. 2:22-CV-01150-JAD-VCF, 2025 WL 2644123, at *1 (D. Nev. Sept. 12, 2025), *appeal dismissed sub nom. Michele Miller v. Caremark, LLC,* No. 25-6640, 2025 WL 4065868 (9th Cir. Nov. 20, 2025); *see also Broadnax v. Uber Techs., Inc.*, 790 F. Supp. 3d 996, 1006 (D. Nev. 2025) (granting motion to compel arbitration as to Plaintiff Rafford Broadnax, staying the case pending the completion of arbitration, and denying all pending motions because such issues were now within the arbitrator's power to decide).

Here, Plaintiff has improperly filed numerous motions while this case is stayed pending arbitration, including: Motion to Correct Entry of Default (ECF No. 118), Motion to Supplement Motion to Correct Entry of Default (ECF No. 119), Motion for Judicial Intervention to Compel Clerk's Signature (ECF No. 129), and Motion to Supplement (ECF No. 130). Accordingly, this Court denies the motions at ECF Nos. 118, 119, 129, and 130 without prejudice.

/ /

/ /

/ /

**IT IS THEREFORE ORDERED** that the motions at ECF Nos. 118, 119, 129, and 130 are **DENIED** without prejudice.

DATED: January 28, 2026

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE