**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RAFFORD BROADNAX, | Case No.: 2:25-cv-00190-APG-BNW |
| Plaintiff | **Order Denying (1) Motion to Preserve Evidence and (2) Motion to Appoint Arbitrator** |
| v. | |
| LYFT, INC., et al., | [ECF Nos. 157, 162] |
| Defendants | |

Rafford Broadnax moves for an order that the defendants preserve evidence under Federal Rule of Civil Procedure 37(e). ECF No. 157.  That rule imposes obligations on parties regardless of whether a judge orders a party to comply.  If the defendants do not comply with their obligations under Rule 37(e), sanctions and remedies may be imposed at that time.  At present, Broadnax's motion is unnecessary because he does not allege defendants failed to comply with their evidentiary obligations.  So I deny it as moot.

Broadnax also moves for me to appoint the arbitrator who will resolve this dispute. ECF No. 162.  The Federal Arbitration Act states that "[i]f in the agreement provision be made for a method of naming or appointing an arbitrator or arbitrators . . ., such method shall be followed." 9 U.S.C. § 5.  As Broadnax admits, the parties' agreement calls for arbitration through the American Arbitration Association (AAA). *Id*. at 2.  The AAA's Consumer Arbitration Rules provide for the appointment of the neutral arbitrator(s) and how to resolve disputes about that process. *See Consumer Arbitration Rules and Mediation Procedures*, American Arbitration Association (May 1, 2025), https://www.adr.org/media/yawntdvs/2025_consumer_arbitration_rules.pdf at Rule R-15 (last

accessed 4/14/26).  Broadnax has not alleged that the parties attempted but failed to appoint an arbitrator under the AAA's procedures.  Accordingly, the parties must avail themselves of the AAA's process to appoint the arbitrator and resolve disputes about the selection process. *See* 9 U.S.C. § 5.  Therefore, I deny Broadnax's request that I appoint the arbitrator.

I THEREFORE ORDER that Broadnax's motion to preserve evidence **(ECF No. 157) is denied as moot**.

I FURTHER ORDER that Broadnax's motion to appoint an arbitrator **(ECF No. 162) is denied**.

DATED this 14th day of April, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE